U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 SEP 15 PM 3:36

2:20-CV-119

BY _____ E4 _____
DEPUTY CLERK

Complaint

To,
the United States District
for the district of Vt.

I would like to have a
Jury hear my case. if not
resolved out of Court.

My Civil Rights + human Rights,
and Americans, w Disabilities and
false Claims + Fair labor and
Assault Libel and Sexual
harassment complaints, have
not been resolved on a
State level — The Williams
Steiger— occupation Safety and
Health Act of 1970. is a
Federal law.

Federal laws have been
violated by Ben + Jones — and
the State of Vt. Has not
inforced those laws.

I have A right to A Safe
work Place.

"Parties"                                                    2.

Plaintiff
Paul F. Reis
32 Reese Circle
Bellows Falls Vt.
        05101


Defendants
Ben + Jerry's Homemade, inc
30 Community Drive
South Burlington Vt.
        05403


Liberty Mutual insurance
Robert Tesorisero
P.O. Box 9525
Manchester NH.
        03108-9525


State of Vt. Dept of Labor
Worker's Compensation
and Safety Division
5 Green Mountain Drive
Montpelier Vt.
        05601-0488

"Jurisdiction" 3.

Federal laws have been broken
False advertising - Fed labor laws -
Americans w. Disabilities -
Civil Rights - Assault on
Job - Causing injury.

Not providing a safe
work place, and this
company is not A
Equil Employer - They
did not Assault All
workers with A Board -
They did this to At least
#3

"Claims"                                                                 4.
Civil Rights + Human Rights

I have a Right to go to work and not be Held 2 feet of the ground, by 2 workers, and be assaulted with a Board in the United States. Causing injury for 26 years.

"Americans with Disabilities"
I have PTSD — and there are unusual circumstances that prevented the Delay in filing. Read DR Richard Reots letter 42 years in practice.

"False Advertising"

Peace — love — social justice — and Social Responsibilty — and justice for All not Some — But Continues — not to take Responsibilty for the Crime of Assaults — of its workers "They Have Made 1 Billion" False Advertising

"Sexual Harassment"   5.

My shift ended at 11:00 PM.
 I was made to work untill 2:00 AM. I was told I needed to learn the Computer.
 I was Asked if I wanted to Have Sex with my Computer teacher - I said No - She got mad and told me to get the Hell out of here!

 I Also Had Sexual comments - By Management about my wife + myself.
 Also A Stripper performed for 30 Co-workers At Lunch - in the Lunch Room.

 "I was told - my Co worker did Have Sex with the Computer Teacher -

 I hope He will Tell A Jury what Happened to Him.

"Health Act 1970"                                          C.

The State of Vermont was made aware — as early as Jan 20-1993 — of safety + working conditions — and did nothing — about it.

All they did is praise Ben + Jerry's. As the best company in the state of Vt.

From governors + Lt. governor — to Bernie Sanders

Employees — would not be hired back — it they didn't voted — those Volunteer — Concerts. Some workers were suspended for a week for not showing up.

I walked off the job in 1995 — I could take no more harassment.

"Relief"                                                          7.

In 1996 I was looking for someone to say sorry — and a meeting with Management. As the Judge Requested — They investigated themselves — without my input. They said this never Happened.

Now I'm Asking for 3 million dollars — for what I suffered both physical + Emotional injuries that have lasted 26 years and is still unresolved — my doctors + medical staff will Testify on my behalf + Local and State Police — this needs to be Heard or settled. To help me heal from these events. That Are a Crime of Assault on the Job.

The police had to do A welfare check on me — Because this has not been Resolved in 26 years. "I Just want — Justice" 

[signature]
Aug 10 - 2020

On appeal to this Court, plaintiff makes no attempt to challenge the civil division's rendition of the facts or its reasoning. Rather, he argues his complaint should not be barred by the statute of limitations because he has been seeking compensation for the past twenty-four years. Without addressing the exclusivity provision, claim preclusion, or issue preclusion, we conclude that plaintiff's complaint is barred by the statute of limitations for filing personal-injury actions, for the reasons stated by the civil division. See Mahoney v. Tara, LLC, 2011 VT 3, ¶ 7, 189 Vt. 557 (mem.) (stating that both trial court and this Court on appeal will grant motion to dismiss for failure to state claim only if "it is beyond doubt that there exist no facts or circumstances that would entitle the plaintiff to relief"). Plaintiff does not dispute that he was aware of his alleged injuries long before the statute of limitations expired with respect to his 2019 personal-injury action.*

Affirmed.

BY THE COURT:

_____
Beth Robinson, Associate Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Karen R. Carroll, Associate Justice

---

* We emphasize that our decision to affirm the trial court's dismissal of this case is based on the delay in filing this personal injury claim; we are not making any decision about the accuracy of plaintiff's claims.

2