# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Paul F. Reis )<br>*Plaintiff(s)* )<br>)<br>v. )<br>)<br>Ben & Jerry's Homemade, Inc.; Liberty Mutual Insurance )<br>and Vermont Department of Labor )<br>)<br>*Defendant(s)* ) | Civil Action No.  2:20-cv-119 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 8) filed October 16, 2020, the Magistrate Judge's Report and Recommendation (Document No. 3) is AFFIRMED, APPROVED and ADOPTED.  Plaintiff's Motion to Amend Complaint (Document No. 7) is DENIED as moot and futile.  The Complaint (Document No. 4) is DISMISSED under 28 U.S.C. § 1915(e) for failure to state a claim and as untimely.

The court certifies under 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith.

Date:   October 16, 2020

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   10/16/2020

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*